UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

        Plaintiff,

v.                                            Case No:   6:21-cv-900-GAP-GJK

EYM REALTY OF FLORIDA LLC
and
EYM DINER OF FLORIDA LLC

        Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Notice of Settlement (Doc. 21), it is

**ORDERED** that this case is **DISMISSED** without prejudice pursuant to Local Rule 3.09(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further

proceedings.   Any pending motions are **DENIED** as moot.   The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on November 15, 2021.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties